USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/14/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEO IXCOY PEREZ and ROMEO SONTAY, individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

MECHANICAL SERVICE CORP. OF NEW YORK (D/B/A MECHANICAL SERVICE CORP. OF NEW YORK), RALPH DEROSE, and DOMENICK DEROSE,

        Defendants.

21 Civ. 2467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 8, 2021, the Court directed the parties to submit a joint letter and proposed case management plan by July 13, 2021. ECF No. 12 ¶¶ 4–5. That submission is now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **5:00 p.m.** on **July 16, 2021.**

    SO ORDERED.

Dated: July 14, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge