USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/16/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEO IXCOY PEREZ and ROMEO SONTAY, individually and on behalf of others similarly situated,

    Plaintiffs,

-against-

MECHANICAL SERVICE CORP. OF NEW YORK (D/B/A MECHANICAL SERVICE CORP. OF NEW YORK), RALPH DEROSE, and DOMENICK DEROSE,

    Defendants.

21 Civ. 2467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties' deadline to file a joint letter and proposed case management plan is ADJOURNED to **August 16, 2021**. If Defendants have not appeared by that date, Plaintiffs shall move for a default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: July 16, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge