```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/23/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEO IXCOY PEREZ and ROMEO SONTAY, individually and on behalf of others similarly situated,

                    Plaintiffs,

-against-

MECHANICAL SERVICE CORP. OF NEW YORK (D/B/A MECHANICAL SERVICE CORP. OF NEW YORK), RALPH DEROSE, and DOMENICK DEROSE,

                    Defendants.

21 Civ. 2467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial pretrial conference scheduled for August 23, 2021, is hereby ADJOURNED *sine die*.

      SO ORDERED.

Dated: August 23, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge