```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/1/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEO IXCOY PEREZ and ROMEO SONTAY, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

MECHANICAL SERVICE CORP. OF NEW YORK (D/B/A MECHANICAL SERVICE CORP. OF NEW YORK), RALPH DEROSE, and DOMENICK DEROSE,

                Defendants.

21 Civ. 2467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 16, 2021, the Court directed Plaintiffs to move for a default judgment by August 16, 2021, in accordance with Attachment A to the Court's Individual Practices in Civil Cases, if Defendants had not appeared by that date. ECF No. 18. On August 19, 2021, Plaintiffs filed an affirmation from their attorney, Michael Faillace, in support of the certificate of default entered by the Clerk of Court. ECF No. 23. This does not comply with the Court's Individual Practices, which require the moving party to file a proposed order to show cause for default judgment, an affidavit or declaration signed by a party <u>with personal knowledge</u> which sets forth a statement of proposed damages, an affidavit or declaration in support of the order, and supporting documentation. Individual Practices in Civil Cases, Attach. A ¶ 1.

    Accordingly, by **September 8, 2021**, Plaintiffs shall resubmit their materials for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: September 1, 2021
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge