```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEO IXCOY PEREZ and ROMEO SONTAY, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

MECHANICAL SERVICE CORP. OF NEW YORK (D/B/A MECHANICAL SERVICE CORP. OF NEW YORK), RALPH DEROSE, and DOMENICK DEROSE,

                Defendants.

21 Civ. 2467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 21, 2021, the Court issued an order directing Defendants to appear at a telephonic conference to show cause why the Court should not enter a default judgment against them. ECF No. 32. The Order directed Plaintiffs to serve Defendants with a copy of the order to show cause, and their supporting papers, by personal service upon Defendants Ralph Derose and Domenick Derose, and by **both** first-class mail and through the Secretary of State for Defendant Mechanical Service Corp. of New York. *Id.* The affidavit of service submitted by Plaintiffs indicates that all three Defendants were served only by first-class mail. ECF No. 33. Plaintiffs' service upon Defendants is deficient, and the Court will not conduct a default judgment hearing unless Defendants have received proper notice of the hearing. Accordingly:

1. By **November 18, 2021**, Plaintiffs shall serve this order, a copy of the order to show cause, ECF No. 32, and their supporting papers, ECF Nos. 30-31, upon Defendants Ralph Derose and Domenick Derose via **personal service**, and by **both first-class mail and through the Secretary of State** for Defendant Mechanical Service Corp. of New York.

2. By **November 22, 2021**, Plaintiffs shall file on the docket (1) proofs of service, and (2) the Supporting Papers that were served upon Defendants (as attachments to the proofs of service).

3. By **November 30, 2021**, Defendants shall respond to Plaintiffs' motion.

4. By **December 7, 2021**, Plaintiffs shall file their reply, if any.

5. The default judgment hearing scheduled for November 17, 2021, is ADJOURNED to **January 24, 2022**, at **11:00 a.m.**  The parties are directed to dial 888-398-2342 or 215-861-0674 and enter access code 5598827.

SO ORDERED.

Dated: November 16, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge