UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROMEO IXCOY PEREZ and ROMEO
SONTAY, individually and on behalf of
others similarly situated,

              Plaintiffs,

-against-

MECHANICAL SERVICE CORP. OF NEW
YORK (D/B/A MECHANICAL SERVICE
CORP. OF NEW YORK), RALPH DEROSE,
and DOMENICK DEROSE,

              Defendants.

21-CV-2467 (AT) (OTW)

**ORDER**

---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants' letter dated January 12, 2023. (ECF 62). Defendants' request to extend the time to file opposition papers to the inquest is **GRANTED**. Defendants shall submit their opposition papers by **January 27, 2023**.

The Court reminds the parties that per its Individual Practices, I.a., they are to file all letters to the Court on ECF. Unsolicited correspondence sent by email only will be disregarded.

**SO ORDERED.**

Dated: January 13, 2023
New York, New York

                         _s/ Ona T. Wang_
                         **Ona T. Wang**
                         United States Magistrate Judge