```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
ROMEO IXCOY PEREZ and ROMEO SONTAY, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

MECHANICAL SERVICE CORP. OF NEW YORK (D/B/A MECHANICAL SERVICE CORP. OF NEW YORK), RALPH DEROSE, and DOMENICK DEROSE,

                Defendants.

21 Civ. 2467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 22, 2021, Plaintiffs filed a complaint in this action. ECF No. 1. Defendants failed to file an answer or otherwise respond to the complaint as required by Federal Rule of Civil Procedure 12. *See* ECF Nos. 13–15. On August 19, 2021, the Clerk of Court entered certificates of default against Defendants. ECF Nos. 24–26. On September 8, 2021, Plaintiffs moved for a default judgment. ECF Nos. 30–31.

    The Court entered a default judgment against Defendants on April 15, 2022, ECF No. 52, and referred the case to Magistrate Judge Ona T. Wang for inquest following a default, ECF No. 53.

    After first writing the Court in January 2023, *see* ECF Nos. 62–66, Defendant Domenick DeRose moved the Court to vacate the default judgment, ECF No. 68. On August 24, 2023, the Court held all motions as moot after being advised that the parties had reached a settlement agreement. ECF No. 84. Defendant Domenick DeRose now requests that that the Court vacate the default judgment, noting that "Plaintiffs consent to this request." ECF No. 85.

    Accordingly, by **September 15, 2023**, the parties are directed to file a stipulation to vacate the default judgment.

    SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge