# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 2020　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

# MEMO ENDORSED.

September 19, 2023

**BY ECF**
Honorable Judge Ona T. Wang
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　Re:　Ixcoy Perez et al v. Mechanical Service Corp. of New York et al
　　　　　　　Index No. 1:21-cv-02467-AT-OTW

Dear Judge Wang:

　　　This office represents Plaintiff in the above referenced matter. We write, jointly with Defendants' counsel, to request a two-week extension of the September 25, 2023 deadline to submit a settlement agreement. This letter is submitting on consent.

　　　The parties participated in a mediation on Friday May 5, 2023. The parties made progress during the first mediation. After the mediation the mediator spoke with all parties and was able to facilitate an agreement.

　　　The parties are finalizing the agreement but require additional time to execute the agreement. Therefore, the parties request a brief extension of the September 25, 2023 deadline to submit to October 9, 2023.

　　　We thank the Court for its time and attention to this matter.

Application **GRANTED**. The parties are directed to consider consenting to my jurisdiction, and to further consider whether they would prefer to have a *Cheeks* hearing on the record, which would obviate the need for briefing.

**SO ORDERED.**

_____
Ona T. Wang　　　9/20/23
U.S.M.J.

Respectfully Submitted,

/s/ *Mary Bianco*_____
Mary Bianco, Esq.
CSM Legal, P.C.
60 E 42nd St, Suite 4510
New York, NY 10165
212-317-1200
Email: mary@csm-legal.com

Certified as a minority-owned business in the State of New York