**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IXCOY PEREZ et al.,

                Plaintiffs,

        -against-

MECHANICAL SERVICE CORP. OF NEW YORK et al.,

                Defendants.
------------------------------------------------------------x

21-CV-02467 (AT) (OTW)

**OPINION & ORDER**

**ONA T. WANG**, United States Magistrate Judge:

        The Court has reviewed the parties' settlement submissions pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court has reviewed ECF Nos. 93 and 94, and finds that the proposed settlement is fair and reasonable.

        The Clerk is respectfully directed to close ECF 85 and then close the case.

        **SO ORDERED.**

Dated: April 5, 2024
      New York, New York

                                                   */s/ Ona T. Wang*
                                                       **Ona T. Wang**
                                                 United States Magistrate Judge